UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Karen L. Berro,

    Plaintiff,

vs.

Harley Lappin, Director of
Federal Bureau of Prisons;
Devin Nagle, Lieutenant;
Todd Valento, Lieutenant;
Ann Work, Chief Admin.
Appeals,

    Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION

Civ. No. 10-0244 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1. That this action is summarily dismissed, without prejudice, pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii), and for lack of prosecution.

2. That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 25, 2010

s/James M. Rosenbaum
Judge James M. Rosenbaum
United States District Court